IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                        CV 16-196 JB/WPL
                                          CR 15-2485 JB

KEVIN FOLSE,

      Defendant.

## ORDER TO WITHDRAW PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Court hereby withdraws the Proposed Findings and Recommended Disposition filed March 28, 2016 (CV Doc. 4; CR Doc. 152).

_____
WILLIAM P. LYNCH
UNITED STATES MAGISTRATE JUDGE